UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANIS S. MEYER-CASTON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Respondents. | NO. CV-08–5070-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 26, 2009, recommending Plaintiff's Motion for Summary Judgment be **GRANTED** and Defendant's Motion for Summary Judgment be denied. (Ct. Rec. 18.) Objections to the Report and Recommendation were due on or before September 11, 2009. There being no objections to the Report and Recommendation, the court **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 12**) is **GRANTED**, and the matter is **REMANDED** to the Commissioner for additional proceedings consistent with the Magistrate Judge's Report and Recommendation; Defendant's Motion for Summary Judgment (**Ct. Rec. 15**) is **DENIED**. Application for attorney fees may be made by separate motion. **IT IS SO ORDERED.**

//

//

//

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

1 | The District Court Executive is directed to forward copies of this Order to counsel for
2 | the Plaintiff and Defendant.  The file shall be closed and judgment entered for Plaintiff.
3 | **DATED** this ___13th___ of October, 2009.

*s/Lonny R. Suko*

---
LONNY R. SUKO
Chief United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION- 2**