UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JANIS S. MERYE-CASTON,               )
                                     )
        Plaintiff,                 )
                                     )  NO. CV-08-5070-CI
     v.                             )
                                     )
MICHAEL J. ASTRUE,                   )  **JUDGMENT IN A**
Commissioner of Social Security,     )  **CIVIL CASE**
                                     )
        Defendant.                 )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** and the matter is **REMANDED** to the Commissioner for additional proceedings consistent with the Magistrate Judge's Report and Recommendation. Judgment is entered for Plaintiff.

DATED: October 13, 2009

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk